## DIAMOND PLATE GLASS COMPANY *v.* HANCOCK.

[No. 2,605. Filed Nov. 22, 1899. Rehearing denied March 7, 1900.]

From the Tipton Circuit Court. *Reversed.*

J. C. *Blacklidge* and C. C. *Shirley*, for appellant.

B. C. *Moon* and C. *Wolf*, for appellee.

PER CURIAM.—The questions presented on this appeal are the same as those in *Diamond Plate Glass Co.* v. *Curless*, 22 Ind. App. 346, and in *Diamond Plate Glass Co.* v. *Echelbarger, ante,* 124, and, upon the authority of those cases the judgment is reversed.

## DIAMOND PLATE GLASS COMPANY *v.* HANCOCK.

[No. 2,606. Filed Nov. 22, 1899. Rehearing denied March 7, 1900.]

From the Tipton Circuit Court. *Reversed.*

J. C. *Blacklidge* and C. C. *Shirley*, for appellant.

B. C. *Moon* and C. *Wolf*, for appellee.

PER CURIAM.—The questions presented on this appeal are the same as those in *Diamond Plate Glass Co.* v. *Curless*, 22 Ind. App. 346, and in *Diamond Plate Glass Co.* v. *Echelbarger, ante,* 124, and, upon the authority of those cases the judgment is reversed.

## DIAMOND PLATE GLASS COMPANY *v.* CLEM, ADMINISTRATRIX.

[No. 2,841. Filed Nov. 22, 1899. Rehearing denied March 7, 1900.]

From the Tipton Circuit Court. *Reversed.*

J. C. *Blacklidge* and C. C. *Shirley*, for appellant.

B. C. *Moon* and C. *Wolf*, for appellee.

PER CURIAM.—The questions presented in this case are decided in *Diamond Plate Glass Co.* v. *Curless*, 22 Ind. App. 346, and *Diamond Plate Glass Co.* v. *Echelbarger, ante,* 124, and, upon the authority thereof, the judgment in this case is reversed, and the cause is remanded with instruction to sustain the demurrer to the complaint.